IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANA FERNANDES, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TARGET CORPORATION, *et al.* | : | NO. 24-105 |

## ORDER

**AND NOW**, this 21st day of April 2025, upon consideration of Defendant Ideal Shield LLC's Motion to Compel (Document No. 64), Plaintiff's Answer in opposition thereto (Document No. 65), as for the reasons given in the court's Memorandum of today, the Motion is **DENIED**. It is further **ORDERED** that Moving Defendant's expert report deadline is extended to May 30, 2025; all other deadlines in the court's Scheduling Order (Document No. 58) shall remain.

**IT IS SO ORDERED**.

BY THE COURT:

    */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge