**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANA FERNANDES, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TARGET CORPORATION, *et al.* | : | NO. 24-105 |

## ORDER

**AND NOW**, this 2nd day of July 2025, upon consideration of Defendant's Motion for Summary Judgement (Document No. 70), Plaintiff's Answer in Opposition thereto (Document No. 71) and for the reasons contained in the court's Memorandum Opinion of today, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is further **ORDEDED** that, **by July 9, 2025**, the parties shall contact the court's deputy clerk to schedule a prompt settlement conference.

**IT IS SO ORDERED**.

**BY THE COURT**:


*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge